**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KAMILAH JACKSON,**  **Plaintiff,**  v.  **PROVIDENCE MEDICAL CENTER,**  **Defendant.** | Case No. 16-2584 |

**MEMORANDUM & ORDER**

Pro se plaintiff Kamilah Jackson brings this action against defendant Providence Medical Center alleging employment discrimination under Title VII of the Civil Rights Act, the Age Discrimination in Employment Act, and the Americans with Disabilities Act.  Plaintiff filed her complaint in forma pauperis on August 23, 2016.  Defendant filed a Motion to Compel Arbitration and to Dismiss/Stay Proceedings Pending Arbitration (Doc. 8) on October 17, 2016.  After plaintiff failed to timely respond to defendant's motion, this court ordered her to show cause as to why she had not responded.  (Doc. 10).  On January 4, 2017, the show cause order was returned undeliverable with no available forwarding address.  (Doc. 11).

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the court to dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order."  Fed. R. Civ. P. 41(b); *see also Lamm v. Grubbs*, No. 11-3019-JAR (D. Kan. January 24, 2012).  Procedural rules apply equally to pro se litigants as they do any other litigant.  *See Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

Plaintiff has failed to respond to defendant's motion and the court's Order to Show Cause.  Plaintiff also neglected to comply with the local rules, which require a party to update the court with

any change of address.  *See* D. Kan. Rule 5.1(c)(3).  For these reasons, the court dismisses this case under Rule 41(b) for failure to comply with local rules and court orders.

**IT IS THEREFORE ORDERED** that plaintiff's complaint is dismissed without prejudice.

This case is closed.

Dated March 28, 2017, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**